## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

NIPPON LIFE INSURANCE COMPANY OF AMERICA,

                Plaintiff,

      v.

OPENAI, INC.,

                Defendant.

No.: 1:26-cv-02448

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a)(1) and Local Rule 3.2, Nippon Life Insurance Company of America states that Nippon Life Insurance Company of Japan is this party's parent corporation and only corporation owning 10% or more of this party's stock.

The undersigned counsel further certifies that Nippon Life Insurance Company of America is a non-governmental corporation.

Dated: March 12, 2026

                Respectfully submitted,

_____

Justin Wax Jacobs
Attorney *Pro Hac Vice* for the
Defendant Nippon Life Insurance
Company of America 666 Third
Avenue, Suite 2201
New York, New York 10017
Tel: 646-630-4923
J-WaxJacobs@nipponlifebenefits.com