**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Nippon Life Insurance
Company of America v. OpenAI
Foundation and OpenAI Group PBC

Case Number: 26-cv-02448

An appearance is hereby filed by the undersigned as attorney for:

Nippon Life Insurance Company of America

Attorney name (type or print):  David G. Jorgensen

Firm:    Croke Fairchild Duarte & Beres

Street address:      191 N. Wacker Drive, 31st Floor

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6309359          Telephone Number:    (312) 641-0881
(See item 3  in instructions)

Email Address: djorgensen@crokefairchild.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.      ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 13, 2026

Attorney signature:     S/ David G. Jorgensen
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023