**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>OPENAI FOUNDATION, and OPENAI GROUP PBC,<br><br>     Defendants. | Case No. 1:26-CV-02448<br><br>Hon. John F. Kness |

**MOTION OF CHRISTOPHER M. ASSISE TO WITHDRAW AS COUNSEL FOR PLAINTIFF NIPPON LIFE INSURANCE COMPANY OF AMERICA**

  Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Christopher M. Assise moves for leave to withdraw as counsel for Plaintiff Nippon Life Insurance Company of America ("Nippon"). Nippon will not be prejudiced by the withdrawal because David Jorgensen, a partner at the law firm of Croke Fairchild Duarte & Beres, has also filed an appearance on behalf of Nippon. Dkt. 6. Mr. Jorgenson will continue their representation in this matter.

  WHEREFORE, Christopher M. Assise respectfully requests the Court grant this motion, allow him to withdraw as counsel for the Plaintiff Nippon Life Insurance Company of America, and remove Mr. Assise from the notice list in this case.

Dated: March 13, 2026            Respectfully submitted,

                      */s/ Christopher M. Assise*
                      Christopher M. Assise
                      Sidley Austin LLP
                      One South Dearborn Street
                      Chicago, IL 60603
                      Telephone: (312) 853-7141

cassise@sidley.com

*Counsel for Nippon Life Insurance Company of America*