**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nippon Life Insurance Company of America

Plaintiff,

v.                                                                    Case No.: 1:26–cv–02448

                                                                       Honorable John F. Kness

OpenAI Foundation, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2026:

        MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [7] is granted. Attorney Christopher M. Assise is withdrawn as counsel of record. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.