**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>OPENAI FOUNDATION, and OPENAI GROUP PBC,<br><br>        Defendants. | Case No. 1:26-CV-02448<br><br>Hon. John F. Kness |

**OPENAI DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants OpenAI Foundation and OpenAI Group PBC, by and through their undersigned counsel, hereby move to dismiss Plaintiff Nippon Life Insurance Company of America's Complaint pursuant to Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim for relief. The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint, which is being filed simultaneously herewith.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Steven P. Mandell*
Steven P. Mandell (ARDC #6183729)
Mandell PC
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com

*Of Counsel:*
John P. Flynn  (*pro hac vice* pending)
Joshua A. Baskin (*pro hac vice* pending)
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza, Spear Tower Suite 3300
(415) 947-2000
jflynn@wsgr.com
jbaskin@wsgr.com

*Counsel for Defendants*
*OpenAI Foundation and OpenAI*
*Group PBC*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on May 15, 2026 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell