**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA, | Case No. 1:26-CV-02448 |
| Plaintiff, | Hon. John F. Kness |
| v. | |
| OPENAI FOUNDATION, and OPENAI GROUP PBC, | |
| Defendants. | |

**DECLARATION OF JOSHUA A. BASKIN IN SUPPORT OF**

**DEFENDANTS' MOTION TO DISMISS**

I, **Joshua A. Baskin**, declare:

1. I am an attorney duly licensed to practice law in the State of California with a *pro hac vice* application pending before this Court. I am a partner at Wilson Sonsini Goodrich & Rosati, P.C., attorneys for OpenAI Foundation and OpenAI Group PBC (collectively "OpenAI") in this action. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the OpenAI Terms of Use, dated December 11, 2024. This document is publicly available at

https://openai.com/policies/row-terms-of-use/revisions/2024-12-11/.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Illinois Supreme Court Policy on Artificial Intelligence (the "Policy"), dated January 1, 2025. The Policy is publicly available at

1

https://ilcourtsaudio.blob.core.windows.net/antilles-resources/resources/e43964ab-8874-4b7a-be4e-63af019cb6f7/Illinois%20Supreme%20Court%20AI%20Policy.pdf.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the article titled "Judges Share Their Perspectives on Generative AI and the Law at Everlaw Summit," dated December 3, 2024.  This article is publicly available at https://www.everlaw.com/blog/ai-and-law/judges-share-their-perspectives-on-generative-ai-and-the-law-at-everlaw/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 15, 2026 in Orinda, California.

Dated: May 15, 2026                    */s/ Joshua A. Baskin *
                                       Joshua A. Baskin
                                       *original signature maintained in paper form
                                       by the E-Filer