# Exhibit B



# ILLINOIS SUPREME COURT POLICY ON ARTIFICIAL INTELLIGENCE

## EFFECTIVE JANUARY 1, 2025



Embracing the advancements of artificial intelligence (AI), the Illinois Supreme Court remains steadfast in its commitment to upholding the highest ethical standards in the administration of justice. We acknowledge the rapid development of generative AI technologies capable of producing human-like text, images, video, audio, and other content. The integration of AI with the courts is increasingly pervasive, offering potential efficiencies and improved access to justice. However, it also raises critical concerns about authenticity, accuracy, bias, and the integrity of court filings, proceedings, evidence, and decisions. Understanding the capabilities and limitations of AI technology is essential for the Illinois Judicial Branch.

The Illinois Courts will be vigilant against AI technologies that jeopardize due process, equal protection, or access to justice. Unsubstantiated or deliberately misleading AI-generated content that perpetuates bias, prejudices litigants, or obscures truth-finding and decision-making will not be tolerated.

The use of AI by litigants, attorneys, judges, judicial clerks, research attorneys, and court staff providing similar support may be expected, should not be discouraged, and is authorized provided it complies with legal and ethical standards. Disclosure of AI use should not be required in a pleading.

The Rules of Professional Conduct and the Code of Judicial Conduct apply fully to the use of AI technologies. Attorneys, judges, and self-represented litigants are accountable for their final work product. All users must thoroughly review AI-generated content before submitting it in any court proceeding to ensure accuracy and compliance with legal and ethical obligations. Prior to employing any technology, including generative AI applications, users must understand both general AI capabilities and the specific tools being utilized.

The Court acknowledges the necessity of safe AI use, adhering to laws and regulations concerning privacy and confidentiality. AI applications must not compromise sensitive information, such as confidential communications, personal identifying information (PII), protected health information (PHI), justice and public safety data, security-related information, or information conflicting with judicial conduct standards or eroding public trust.

This policy reflects the Illinois Supreme Court's commitment to upholding foundational principles while exploring the potential benefits of new AI technologies in a dynamic landscape. The Court will regularly reassess policies as these technologies evolve, prioritizing public trust and confidence in the judiciary and the administration of justice. **Judges remain ultimately responsible for their decisions, irrespective of technological advancements.**

The Court encourages the development of technologies that enhance service to all court users and promote equitable access to justice. To facilitate this, the judicial branch will support ongoing education on emerging technologies, including AI.



2/2