



FILED
5/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **NIPPON LIFE INSURANCE COMPANY OF AMERICA,** Plaintiff, v. **OPENAI FOUNDATION, and OPENAI GROUP PBC,** Defendants. | Case No. 1:26-cv-02448 Hon. John F. Kness |

### NOTICE OF CORRECTED SERVICE AND CORRECTED CERTIFICATE OF SERVICE

Proposed amicus curiae Dr. Michael Spece respectfully files this Notice of Corrected Service and Corrected Certificate of Service concerning his Motion for Leave to File Brief as Amicus Curiae in Support of Defendants' Motion to Dismiss, submitted for filing on May 27, 2026.

1. The certificate of service included with the May 27, 2026 amicus filing package contained an error in the service list. It listed Christopher M. Assise as counsel for Plaintiff Nippon Life Insurance Company of America, but the docket reflects that Attorney Assise was withdrawn as counsel of record. It also omitted David G. Jorgensen, who appeared for Plaintiff.

2. Dr. Spece corrected service on May 28, 2026 by serving the May 27, 2026 amicus filing package by electronic mail on the counsel listed in the corrected certificate below.

3. This notice is filed to make the service correction transparent. It does not alter the substance of the motion for leave or the proposed amicus brief.

Dated: May 28, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

1

## CORRECTED CERTIFICATE OF SERVICE

I certify that on May 28, 2026, I served the Motion of Dr. Michael Spece for Leave to File Brief as Amicus Curiae in Support of Defendants' Motion to Dismiss, including the attached proposed amicus brief, by electronic mail on the following counsel of record:

- Justin Wax Jacobs, counsel for Plaintiff Nippon Life Insurance Company of America, J-WaxJacobs@nipponlifebenefits.com.

- David G. Jorgensen, counsel for Plaintiff Nippon Life Insurance Company of America, djorgensen@crokefairchild.com.

- Steven P. Mandell, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, smandell@mandellpc.com.

- John P. Flynn, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jflynn@wsgr.com.

- Joshua A. Baskin, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jbaskin@wsgr.com.

Dated: May 28, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

2