





FILED
5/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **NIPPON LIFE INSURANCE COMPANY OF AMERICA,** | Case No. 1:26-cv-02448 |
| Plaintiff, | Hon. John F. Kness |
| v. | |
| **OPENAI FOUNDATION, and OPENAI GROUP PBC,** | |
| Defendants. | |

## STATEMENT REGARDING MOTION STATUS AND BRIEFING SCHEDULE

Dr. Michael Spece submits this statement under Judge Kness's motion procedures. This is a nonparty motion for leave to file an amicus brief. Dr. Spece has not obtained consent from the parties, and the motion should be treated as not agreed.

Because the proposed amicus brief is attached as Exhibit A to Dr. Spece's separately submitted Motion for Leave to File Brief as Amicus Curiae and the motion concerns only leave to file, Dr. Spece respectfully requests that the Court decide the motion on the papers and without a separate briefing schedule unless the Court determines that a response would be helpful. The Motion to Dismiss is presently held in abeyance pending the reassignment issue, so this request should not affect any active merits-briefing deadline.

Dated: May 29, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

1

## CERTIFICATE OF SERVICE

I certify that on May 29, 2026, I served the foregoing Statement Regarding Motion Status and Briefing Schedule by electronic mail on counsel of record:

- Justin Wax Jacobs, counsel for Plaintiff Nippon Life Insurance Company of America, J-WaxJacobs@nipponlifebenefits.com.

- David G. Jorgensen, counsel for Plaintiff Nippon Life Insurance Company of America, djorgensen@crokefairchild.com.

- Steven P. Mandell, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, smandell@mandellpc.com.

- John P. Flynn, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jflynn@wsgr.com.

- Joshua A. Baskin, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jbaskin@wsgr.com.

Dated: May 29, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

2