**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nippon Life Insurance Company of America

                       Plaintiff,

v.                                     Case No.: 1:26−cv−02448
                                     Honorable John F. Kness

OpenAI Foundation, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

    MINUTE entry before the Honorable John F. Kness: The Court sets the following briefing schedule on Defendants' motion to dismiss [14]: Plaintiff's response shall be filed on or before 7/1/2026. Defendants' reply, if any, shall be filed on or before 7/15/2026. Accordingly, the in−person status hearing set for 6/30/2026 is stricken and reset for 8/5/2026 at 9:45 A.M. As to the motion [21] of Michael Spece for leave to file an amicus brief, Dr. Spece must, on or before 6/10/2026, file a supplemental statement clarifying whether he is a lawyer licensed to practice law in any jurisdiction, and, if not, explaining whether any other court has permitted a nonlawyer who is not a party to the litigation leave to submit an amicus brief. This requirement of a supplemental statement may be satisfied by the filing of a request to withdraw the motion for leave. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.