BC
FILED
EK
6/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **NIPPON LIFE INSURANCE COMPANY OF AMERICA,** | Case No. 1:26-cv-02448 |
| Plaintiff, | Hon. John F. Kness |
| v. | |
| **OPENAI FOUNDATION, and OPENAI GROUP PBC,** | |
| Defendants. | |

**MOTION OF DR. MICHAEL SPECE FOR LEAVE TO FILE INSTANTER SUPPLEMENTAL STATEMENT IN RESPONSE TO JUNE 10, 2026 MINUTE ORDER**

Proposed amicus curiae Dr. Michael Spece respectfully moves for leave to file instanter the separately submitted Supplemental Statement in response to the Court's June 10, 2026 minute order, ECF No. 24. In support of this motion, Dr. Spece states as follows:

1. On June 10, 2026, the Court ordered Dr. Spece, on or before June 10, 2026, to file a supplemental statement clarifying whether he is a lawyer licensed to practice law in any jurisdiction and, if not, explaining whether any other court has permitted a nonlawyer who is not a party to the litigation leave to submit an amicus brief. ECF No. 24.

2. Dr. Spece did not file the supplemental statement on June 10 because he did not know of the order. A search of the email account used for this filing and service found no email notice of the June 10 minute order. As of June 15, 2026, Dr. Spece has not received mailed notice of the order. Dr. Spece first learned of the order during a public docket check on June 15, 2026.

3. The missed deadline was not tactical. Dr. Spece regrets the delay and files this motion and the supplemental statement promptly after learning of the order.

4. Dr. Spece previously submitted a combined PDF containing this motion and the supplemental statement on June 15, 2026. The Clerk returned that PDF unprocessed because the Clerk's Office cannot separate pleadings and instructed that each pleading be uploaded individually. Dr. Spece is resubmitting the motion and supplemental statement as separate PDFs in accordance with that instruction.

5. The supplemental statement is narrow. It answers the Court's questions and does not seek to add new merits argument on Defendants' Motion to Dismiss.

1

6. Accepting the supplemental statement instanter should not prejudice any party. The Court has set Plaintiff's response to Defendants' Motion to Dismiss for July 1, 2026, and Defendants' reply, if any, for July 15, 2026. ECF No. 24.

WHEREFORE, Dr. Michael Spece respectfully requests that the Court grant leave to file instanter the separately submitted Supplemental Statement and consider it in connection with Dr. Spece's pending Motion for Leave to File Brief as Amicus Curiae, ECF No. 21.

Dated: June 15, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

## CERTIFICATE OF SERVICE

I certify that on June 15, 2026, I served the foregoing Motion of Dr. Michael Spece for Leave to File Instanter Supplemental Statement in Response to June 10, 2026 Minute Order and the separately submitted Supplemental Statement by electronic mail on counsel of record:

- Justin Wax Jacobs, counsel for Plaintiff Nippon Life Insurance Company of America, J-WaxJacobs@nipponlifebenefits.com.

- David G. Jorgensen, counsel for Plaintiff Nippon Life Insurance Company of America, djorgensen@crokefairchild.com.

- Steven P. Mandell, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, smandell@mandellpc.com.

- John P. Flynn, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jflynn@wsgr.com.

- Joshua A. Baskin, counsel for Defendants OpenAI Foundation and OpenAI Group PBC, jbaskin@wsgr.com.

Dated: June 15, 2026

/s/ Michael Spece
Dr. Michael Spece
Proposed Amicus Curiae
8917 River Rd 7
North Bergen, NJ 07047
Telephone: 212-CONSULT (212-266-7858)
Email: Michael@Spece.AI

3