**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OPENAI FOUNDATION, and OPENAI GROUP PBC,<br><br>Defendants. | Case No. 1:26-CV-02448<br><br>Hon. John F. Kness |

**OPENAI DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION SEEKING LEAVE TO FILE A 25-PAGE BRIEF AND FOR AN EXTENSION OF TIME**

1. Defendants OpenAI Foundation and OpenAI Group PBC (collectively, "Defendants") hereby respond to Plaintiff's Motion for Leave, filed at ECF No. 30.

2. Defendants do not object to Plaintiff's request for a two-day extension to file its opposition to Defendants' motion to dismiss. If such an extension is granted, Defendants respectfully request an extension to file their reply until July 22. Defendants request this extension to accommodate their counsels' professional commitments, which include several depositions and hearings over the next few weeks.

3. Defendants take no position on Plaintiff's request for additional pages in opposition, but request that any additional pages granted to Plaintiff are also granted to Defendant.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Steven P. Mandell*
Steven P. Mandell (ARDC #6183729)
Mandell PC
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com

*Counsel for Defendants OpenAI Foundation and OpenAI Group PBC*

*Of Counsel:*
John P. Flynn (*pro hac vice* pending)
Joshua A. Baskin (*pro hac vice* pending)
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza, Spear Tower Suite 3300
(415) 947-2000
jflynn@wsgr.com
jbaskin@wsgr.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on July 1, 2026 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell