# Exhibit 1

**SUBPOENA DUCES TECUM**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Case No.: 1:22-cv-07059**
**Honorable Rebecca R. Pallmeyer**

**GRACIELA DELA TORRE,**
Plaintiff,

v.

**NIPPON LIFE INSURANCE COMPANY OF AMERICA, DISABILITY MANAGEMENT SERVICES, INC., and ALL AFFILIATED INVESTIGATORS OR THIRD-PARTY SURVEILLANCE COMPANIES,**
Defendants.

---

**SUBPOENA DUCES TECUM FOR DISCLOSURE OF SURVEILLANCE RECORDS, PRIVATE INVESTIGATOR EXPENSES, AND INTERNAL COMMUNICATIONS**

**TO:**

- **Disability Management Services, Inc. (DMS)**

- **Nippon Life Insurance Company of America**

- **Any third-party private investigation firms or surveillance agencies hired to investigate Plaintiff**

**YOU ARE HEREBY COMMANDED** to produce and submit to the Court and Plaintiff **all documents, records, and materials related to any and all surveillance, private investigations, and monitoring efforts conducted against Plaintiff, including but not limited to:**

**1. IDENTITY OF PRIVATE INVESTIGATORS & SURVEILLANCE TEAMS**

- A complete list of **all private investigators, agencies, and third-party vendors** retained by Disability Management Services (DMS) and/or Nippon Life for the purpose of investigating Plaintiff.

- All **contracts, agreements, and statements of work** detailing the nature and scope of surveillance conducted.

1

## 2. FINANCIAL RECORDS OF SURVEILLANCE EXPENSES

- **Invoices, receipts, and payment records** reflecting how much Nippon Life and/or DMS **spent on private investigators and surveillance efforts** targeting Plaintiff.

- **Budget approvals and internal memos** authorizing payments for monitoring activities.

## 3. REPORTS FROM PRIVATE INVESTIGATORS & SURVEILLANCE TEAMS

- Copies of **all surveillance reports, logs, videos, photographs, GPS tracking records, and any related documentation** created in relation to Plaintiff.

- **Internal communications, memos, and instructions** given to surveillance teams regarding how to track, monitor, or record Plaintiff.

## 4. JUSTIFICATION FOR SURVEILLANCE & DECISION-MAKING DOCUMENTS

- **Internal emails, meeting notes, and decision-making records** discussing why surveillance was conducted on Plaintiff.

- Documentation of **who authorized the surveillance, why it was deemed necessary, and what findings resulted from these efforts.**

## 5. LEGAL COMMUNICATIONS REGARDING SURVEILLANCE

- **Any and all communications between Disability Management Services (DMS), Nippon Life's legal team, and third-party surveillance firms** regarding Plaintiff.

- All documents discussing the **legal risks, ethical considerations, or potential consequences** of their surveillance efforts.

---

### DELIVERY & COMPLIANCE INSTRUCTIONS

Defendants must **submit all requested records within five (5) days** of receipt of this subpoena using the following methods:

1. **E-FILE all requested documents with the Court via CM/ECF** under Case No. **1:22-cv-07059.**

2. **Hand-deliver a hard copy** to the U.S. District Court Clerk's Office, Northern District of Illinois, at [Court Address].

3. **Mail a certified hard copy to Plaintiff at:**

2

**Graciela Dela Torre**

653 Wing St, Elgin IL 60123

4. **Email a complete digital copy to Plaintiff at:**
    **GMESTIZA1@GMAIL.COM**

Failure to comply **within five (5) days** may result in a **motion to compel production, sanctions, and any other relief deemed appropriate by the Court.**

**EXHIBIT A: Letter from Jennifer Johnson (Disability Management Services, Inc.)**
Attached hereto as **Exhibit A** is a letter from Jennifer Johnson at Disability Management Services, Inc., which demonstrates Defendant's pattern of misrepresentation and bad faith.

Respectfully submitted,

**/s/ Graciela Dela Torre**  *[signature]*  Date: Feb 03, 2025
Pro Se Plaintiff
653 WING ST, ELGIN IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM

3