**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OPENAI FOUNDATION, and OPENAI GROUP PBC,<br><br>Defendants. | Case No. 1:26-CV-02448<br><br>Hon. John F. Kness |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE OCTOBER 20, 2026 STATUS CONFERENCE**

Defendants OpenAI Foundation and OpenAI Group PBC (collectively, "Defendants") move the Court, without opposition from the Plaintiff, for a four-week continuance of the October 20, 2026, status hearing. In support of this unopposed request, Defendants state:

1. On August 28, 2026, the Court issued a Minute Order setting a status hearing for October 20, 2026 (Dkt. # 40).

2. After the setting of the October 20, 2026 status conference, a member of Defendants' defense team encountered a significant medical issue. To be able to address this issue, Defendants request a continuance of the status hearing to December 1st, 2nd, or 3rd, 2026 or to any such later date that is convenient for the Court.

3. The Defendants' counsel has conferred with Plaintiff's counsel, and Plaintiff has no objection to the requested continuance.

WHEREFORE, Defendants respectfully request that this Court continue the October 20, 2026 status hearing until December 1st, 2nd or 3rd, 2026, or to any such later date that is convenient for the Court.

Dated: October 6, 2026

Respectfully submitted,

OPENAI FOUNDATION and OPENAI GROUP PBC

By: /s/ Steven P. Mandell
One of their attorneys

Steven P. Mandell (ARDC #6183729)
Mandell P.C.
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com

*Counsel for Defendants OpenAI Foundation and OpenAI Group PBC*

*Of Counsel:*
John P. Flynn (admitted *pro hac vice*)
Joshua A. Baskin (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower Suite 3300
(415) 947-2000
jflynn@wsgr.com
jbaskin@wsgr.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on October 6, 2026 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell__