**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIPPON LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OPENAI FOUNDATION, and OPENAI GROUP PBC,<br><br>Defendants. | Case No. 1:26-CV-02448<br><br>Hon. John F. Kness |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE DECEMBER 2, 2026 STATUS HEARING**

Defendants OpenAI Foundation and OpenAI Group PBC (collectively, "Defendants") move the Court, without opposition from the Plaintiff, for a continuance of the December 2, 2026, status hearing. In support of this unopposed request, Defendants state:

1. On August 28, 2026, the Court issued a Minute Order setting a status hearing for October 20, 2026 (Dkt. # 40).

2. After the setting of the October 20, 2026 status conference, a member of Defendants' defense team encountered a significant medical issue, and Defendants requested a continuance of the hearing. The Court granted the request and set the status hearing for December 2, 2026 (Dkt. # 47).

3. Defendants request a further continuance due the same medical issue to January 26, 28, or 29, 2027, or to any such later date that is convenient for the Court. Barring unforeseen circumstances, Defendants do not anticipate additional delay of the status hearing past the requested January 2027 dates.

4. The Defendants' counsel has conferred with Plaintiff's counsel, and Plaintiff has no objection to the requested continuance.

WHEREFORE, Defendants respectfully request that this Court continue the December 2, 2026 status hearing until January 26, 28, or 29, 2027, or to any such later date that is convenient for the Court.

Dated: November 16, 2026

Respectfully submitted,

OPENAI FOUNDATION and OPENAI GROUP PBC

By: /s/ Steven P. Mandell
One of their attorneys

Steven P. Mandell (ARDC #6183729)
Mandell PC
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com

*Counsel for Defendants OpenAI Foundation and OpenAI Group PBC*

*Of Counsel:*
John P. Flynn (admitted *pro hac vice*)
Joshua A. Baskin (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower Suite 3300
(415) 947-2000
jflynn@wsgr.com
jbaskin@wsgr.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on November 16, 2026 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell__